**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   MICHELLE MONIZ,
10          Plaintiff,                          No. C 05-01455 JSW
11   v.
12   JACKSON & PERKINS CO.,                     **ORDER OF REFERRAL TO**
                                                **MAGISTRATE JUDGE FOR**
13          Defendant.                          **SETTLEMENT CONFERENCE**
                                      /
14
15          Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to a
16   randomly-assigned magistrate judge to conduct a settlement conference.  The settlement
17   conference shall be conducted by September 16, 2005, if possible.
18          The parties will be advised of the date, time and place of appearance by notice from the
19   assigned magistrate judge.
20
21          **IT IS SO ORDERED.**
22
23   Dated:  July 11, 2005                        __/s/ Jeffrey S. White_____
                                                  JEFFREY S. WHITE
24                                                UNITED STATES DISTRICT JUDGE
25
26
27   cc: Wings Hom
28