**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MONIZ, | No. C-05-1455 JSW (EMC) |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE** |
| JACKSON & PERKINS CO., *et al.*, | |
| Defendants. | |
| _____/ | |

By letter dated July 28, 2005 and lodged with this Court, GEORGE BERARD, Claims Representative for Lexington Insurance Company (insurance carrier for Defendant Seymour Manufacturing), thru its counsel Robert Joseph Brown, Law Offices of Dennis P. Isaac, requested to be excused from personally appearing at the settlement conference scheduled for September 23, 2005, at 9:30 a.m.

Upon consideration of the request, the Court **DENIES** the request to excuse personal attendance.  Therefore, it is hereby ordered that GEORGE BERARD appear at the settlement conference in person scheduled on September 23, 2005, at 9:30 a.m. Pacific Time.

IT IS SO ORDERED.

Dated:  September 14, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge