UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE MONIZ,

        Plaintiff,

    v.

JACKSON & PERKINS CO., *et al.*,

        Defendants.
_____/

No. C-05-1455 JSW (EMC)

**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

By letter dated September 19, 2005 and supplemental letter dated October 5, 2005, Defendant JACKSON & PERKINS, through its attorney Bradley L. Bostick of Murchison & Cumming, requested to be excused from personally appearing at the settlement conference scheduled for October 11, 2005. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that JACKSON & PERKINS be available by telephone from 10:30 a.m. Pacific Time until further notice on October 11, 2005.

If the Court concludes that the absence of JACKSON & PERKINS is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including JACKSON & PERKINS.

IT IS SO ORDERED.

Dated: October 5, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge