UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MONIZ, | No. C-05-1455 JSW (EMC) |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| JACKSON & PERKINS CO., *et al.*, | |
| Defendants. _____/ | |

By letter dated October 7, 2005 Defendants C&T ENGINEERING and ENGINEERED PLASTIC PRODUCTS, through its attorney Michael D. Maloney of Babin & Seeger, requested to be excused from personally appearing at the settlement conference scheduled for October 11, 2005. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that C&T ENGINEERING and ENGINEERED PLASTIC PRODUCTS be available by telephone from 10:30 a.m. Pacific Time until further notice on October 11, 2005.

///

///

///

///

///

///

1    If the Court concludes that the absence of C&T ENGINEERING and ENGINEERED
2 PLASTIC PRODUCTS is impeding the settlement conference, the Court may continue the
3 settlement conference and may order personal attendance by each party including C&T
4 ENGINEERING and ENGINEERED PLASTIC PRODUCTS.

6    IT IS SO ORDERED.

7 Dated: October 7, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge

2