UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE MONIZ,

        Plaintiff,

    v.

JACKSON & PERKINS CO., *et al.*,

        Defendants.
_____/

No. C-05-1455 JSW (EMC)

**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE**

      By letter dated October 7, 2005 Defendant SEYMOUR MANUFACTURING, through its attorney Robert Joseph Brown of Law Offices of Dennis P. Isaac, requested to be excused from personally appearing at the settlement conference scheduled for October 11, 2005. No opposition was filed by any party.

      Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that SEYMOUR MANUFACTURING be available by telephone from 10:30 a.m. Pacific Time until further notice on October 11, 2005.

///
///
///
///
///
///
///
///

1 If the Court concludes that the absence of SEYMOUR MANUFACTURING is impeding the
2 settlement conference, the Court may continue the settlement conference and may order personal
3 attendance by each party including SEYMOUR MANUFACTURING.

5 IT IS SO ORDERED.
6 Dated: October 7, 2005

EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2