IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE MONIZ,

    Plaintiff,

v.

JACKSON & PERKINS CO.,

    Defendant.

_____/

No. C 05-01455 JSW

**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE IN LIGHT OF SETTLEMENT**

    Pursuant to stipulation, this matter having been settled before Magistrate Judge Chen on October 11, 2005, and good cause appearing therefor, the case management conference currently set for October 28, 2005 at 1:30 p.m. is HEREBY VACATED and CONTINUED to December 2, 2005 at 1:30 p.m.

    **IT IS SO ORDERED.**

Dated: October 25, 2005

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE